ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                            )
                                        )
Sauer Incorporated                      )        ASBCA No. 60902
                                        )
Under Contract No. N40080-10-C-0001     )

APPEARANCE FOR THE APPELLANT:           Kevin J. Kelly, Esq.
                                          General Counsel

APPEARANCES FOR THE GOVERNMENT:         Ronald J. Borro, Esq.
                                          Navy Chief Trial Attorney
                                        Stephanie Cates-Harman, Esq.
                                          Assistant Director

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 10 January 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60902, Appeal of Sauer Incorporated, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals